**Dismissed and Memorandum Opinion filed November 24, 2015.**



In The

# Fourteenth Court of Appeals

## NO. 14-15-00825-CV

### GERALD LEE RICKS, Appellant

### V.

### SUZANNE S. RADCLIFFE, Appellee

**On Appeal from the 405TH District Court**
**Galveston County, Texas**
**Trial Court Cause No. 15-CV-0096**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed July 27, 2015, 2015. The notice of appeal was filed September 28, 2015. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code Ann. § 51.207.

On October 29, 2015, this court ordered appellant to pay the appellate filing fee on or before November 13, 2015, or the appeal would be dismissed. Appellant has not paid the appellate filing fee. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Jamison, McCally and Wise.